# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## RULE TO SHOW CAUSE
## CIRCUIT RULE 3(c) DOCKETING STATEMENT

January 13, 2015

| No.: 15-1023 | MICHAEL MOORE, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>LISA MADIGAN, et al.,<br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:11-cv-03134-SEM-TSH<br>Central District of Illinois<br>Court Reporter Kathy Sullivan<br>Clerk/Agency Rep Kenneth A. Wells<br>District Judge Sue E. Myerscough | |

Circuit Rule 3(c) directs the appellant to file and serve a Docketing Statement, which meets the requirements of Circuit Rule 28(a), with the clerk of the District Court at the time of the filing of the notice of appeal or with the clerk of this court within seven (7) days of filing the notice of appeal.

Your Rule 3(c) Docketing Statement has not been filed to date. Accordingly,

**IT IS ORDERED** that the appellant file this overdue Docketing Statement with the clerk of this court within fourteen (14) days of the date of this order. Failure to do so will result in a one hundred dollar ($100.00) fine and/or dismissal of this notice of appeal.

**NOTE:** Please caption document "CIRCUIT RULE 3(c) DOCKETING STATEMENT". The filing of a "Jurisdictional Memorandum" which may have been specifically ordered by the court does not satisfy your obligation under Circuit Rule 3(c). The filing of a "CIRCUIT RULE 3(c) DOCKETING STATEMENT" shall constitute a response to this order.

form name: **c7_Docket_Showcause**(form ID: **115**)