# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

January 16, 2015

**By the Court:**

| | |
|---|---|
| MICHAEL MOORE, et al., | ] Appeal from the United |
|     Plaintiffs-Appellees, | ] States District Court for |
| | ] the Central District of |
| No. 15-1023      v. | ] Illinois. |
| | ] |
| LISA MADIGAN, et al., | ] No. 3:11-cv-03134-SEM-TSH |
|     Defendants-Appellants. | ] |
| | ] Sue E. Myerscough, Judge. |

O R D E R

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning appellate jurisdiction.

In the present case, appellants' Circuit Rule 3(c) docketing statement fails to set forth the date on which the "Judgement" was entered. Appellants must provide this information. Accordingly,

IT IS ORDERED that appellants file a complete statement of jurisdiction that includes the date that the Judgement was entered. The statement is due on or before January 23, 2015.