No. 15-1023

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL MOORE, CHARLES HOOKS, PEGGY FLECHTER, JON MAIER, and the SECOND AMENDMENT FOUNDATION,  )<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs-Appellees,  )<br>)<br>v.  )<br>)<br>)<br>LISA MADIGAN, in her official capacity as Attorney General of Illinois, and HIRAM GRAU, in his official capacity as Director of the Illinois State Police,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants-Appellants.  ) | Appeal from the United States District Court for the Central District of Illinois.<br><br><br><br><br>No. 3:11-cv-3134<br><br><br><br><br><br>The Honorable<br>SUE E. MYERSCOUGH,<br>Judge Presiding. |

**AMENDED CIRCUIT RULE 3(c) DOCKETING STATEMENT**

Defendants-Appellants Lisa Madigan and Hiram Grau, in their official capacities, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby submit this docketing statement pursuant to Circuit Rule 3(c).

1. **Defendants-Appellants**

Defendants Lisa Madigan, Attorney General of the State of Illinois, and Hiram Grau, Director of the Illinois State Police, appear in their official capacities and remain in those offices.

1

## 2. District Court Jurisdiction

Plaintiffs-Appellees filed this action pursuant to 42 U.S.C. § 1983 challenging the validity of Illinois laws prohibiting the public carriage of firearms under the Second and Fourteenth Amendments to the United States Constitution. Doc. 1. The district court had jurisdiction over Plaintiffs-Appellees' federal law claims pursuant to 28 U.S.C. § 1331.

## 3. Appellate Court Jurisdiction

On November 24, 2014, the district court granted in part and denied in part Plaintiffs-Appellees' request for an award of attorneys' fees pursuant to 42 U.S.C. § 1988. Doc. 96. The district court also issued its judgment on November 24, 2014. Doc. 97. Defendants-Appellants timely filed a notice of appeal from that judgment on December 23, 2014. Doc. 102.

Subsequent to the issuance of the district court's order, Plaintiffs filed a motion seeking leave to file a supplemental fee petition seeking an award of attorneys' fees and costs for the work to obtain the underlying fee award. Doc. 105. Although the resolution of any supplemental fee petition remains in the district court, the order sought to be reviewed is a collateral order for purposes of the collateral order doctrine because: (a) it was a final decision on the plaintiffs' initial attorneys' fees petition; (b) issues of attorneys' fees are considered separate from issues concerning the merits of both the underlying action and any supplemental attorneys' fees petitions; and (c) the order would be unreviewable on appeal from final judgment because the appeal of the final judgment on the merits was resolved

well before entry of the order on plaintiffs' motion for attorneys fees. *Budinich v. Becton Dickinson & Co.*, 486 U.S. 196, 199-200 (1988); *Gautreaux v. Chi. Housing Auth.*, 491 F.3d 649, 654 (7th Cir. 2007); *see Wagner v. Shinseki*, 733 F.3d 1343, 1348-49 (Fed. Cir. 2013). Accordingly, this Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

### 4. Prior Appeals

Plaintiffs-Appellees have previously filed two appeals in this action.

The first arose from the district court's February 3, 2012 dismissal of Plaintiffs-Appellees' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. Doc. 38. That appeal was timely filed on February 3, 2012, Doc. 40, and docketed in this Court on February 6, 2012 as *Moore v. Madigan*, Seventh Circuit No. 12-1269. On December 11, 2012, this Court issued its opinion reversing the dismissal of Plaintiffs-Appellees' complaint. *Moore v. Madigan*, 702 F.3d 933 (7th Cir. 2012). This Court subsequently issued its mandate on July 9, 2013.

The second appeal arose from the district court's November 24, 2014 denial in part of Plaintiffs-Appellees' request for an award of attorneys' fees pursuant to 42 U.S. § 1988. Doc. 96. That appeal was timely filed on December 8, 2014, Doc. 99, and docketed in this Court as *Moore v. Madigan*, Seventh Circuit No. 14-3714. This appeal is a cross-appeal to Seventh Circuit No. 14-3714.

There are three related appeals to this matter, all arising from the related

litigation in *Shepard v. Madigan*, which was originally filed in the United States District Court for the Southern District of Illinois, No. 3:11-cv-405. The first appeal in the *Shepard* litigation arose from the district court's March 30, 2012 dismissal of the plaintiffs' complaint, which was docketed in this Court as *Shepard v. Madigan*, Seventh Circuit No. 12-1788. That appeal was consolidated for purposes of oral argument and disposition with the earlier-filed appeal in this litigation, *Moore v. Madigan*, Seventh Circuit No. 12-1269. The second appeal in the *Shepard* litigation arose from the district court's subsequent dismissal of the plaintiffs' complaint for lack of subject matter jurisdiction, which was docketed in this Court as *Shepard v. Madigan*, Seventh Circuit No. 13-2661. The third appeal in the *Shepard* litigation arose from the district court's grant in part of the plaintiffs' request for an award of attorneys fees, which was docketed in this Court as *Shepard v. Madigan*, Seventh Circuit No. 14-3403.

On its own motion, this Court already has consolidated disposition of *Shepard v. Madigan*, Seventh Circuit No. 14-3403, with *Moore v. Madigan*, Seventh Circuit No. 14-3714, and this appeal.

Respectfully submitted,

LISA MADIGAN
Attorney General
State of Illinois

CAROLYN E. SHAPIRO
Solicitor General

/s/ *Clifford W. Berlow*
CLIFFORD W. BERLOW
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
cberlow@atg.il.state.us
(312) 814-7122

*Counsel for Defendants-Appellants*

# CERTIFICATE OF FILING AND SERVICE

      I hereby certify that on January 20, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: January 20, 2015

/s/ *Clifford W. Berlow*
CLIFFORD W. BERLOW
Assistant Attorney General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
cberlow@atg.il.state.us
(312) 814-7122

*Counsel for Defendants-Appellants*